RECEIVED

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA    2014 JUN 17  A 10:34

<u>Joseph King #281940</u>        )         DEBRA P. HACKETT, CLK
Full name and prison number     )            U.S. DISTRICT COURT
Of Plaintiff(s)                 )          MIDDLE DISTRICT ALA
                                )
v.                              )    CIVIL ACTION NO. 2:14cv-603-MHT
                                )    (To be supplied by Clerk of
<u>Kim Thomas</u>                )    U.S. District Court)
                                )
<u>Dewayne Estes, et.al.</u>     )    **DEMAND FOR JURY TRIAL**
                                )
_____        )
                                )
_____        )
                                )
Name of person(s) who violated  )
Your constitutional rights.     )
(List the names of all          )
persons.)                       )

I.  PREVIOUS LAWSUITS
    A.  Have you begun other lawsuits in state or federal court
        dealing with the same or similar facts involved in this
        action?  YES ( )  NO (✓)

    B.  Have you begun other lawsuits in state or federal court
        relating to your imprisonment?  YES ( )   NO (✓)

    C.  If your answer to A or B is yes, describe each lawsuit
        in the space below. (If there is more than one lawsuit,
        describe the additional lawsuits on another piece of
        paper, using the same outline.)

        1.  Parties to this previous lawsuit:

            Plaintiff(s) _____N/A_____

            _____

            Defendant(s) _____

            _____

        2.  Court ) if federal court, name the district; if
            state court, name the county)_____

            _____

-1-

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT _Easterling Correctional Facility, 200 Wallace Drive, Clio AL 36017_

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED
_Limestone Corr. Facility_

III. NAME AND ADDRESSES OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| NAME | ADDRESS |
|---|---|
| 1. | |
| 2. | |
| 3. | See Attachment |
| 4. | |
| 5. | |
| 6. | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED _Dec. 2012 and on going_

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: _See Attachment_

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (state as best you can the time, place and manner and person involved)**

_____
_____
_____
_____
_____

**GROUND TWO:** _____
_____

**SUPPORTING FACTS:** _____
_____
_____
_____

*See attachment*

**GROUND THREE:** _____
_____

**SUPPORTING FACTS:** _____
_____
_____
_____
_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

_____

See attachment

_____

_____

X _Joseph King_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on ___6-12-2014___.
              (Date)

X _Joseph King_____
Signature of plaintiff(s)

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Joseph King
AIS NUMBER: 281940
PLAINTIFF

VS.

KIM THOMAS, ET. AL.
DEFENDANT'S

CIVIL ACTION NUMBER: 2:14-cv-603-MHT

## JURISDICTION & VENUE

This is a civil action authorized by 42 U.S.C. section 1983 to redress the deprivation, under color of state law, of rights secure by the constitution of the United States. This court has jurisdiction under 28 U.S.C. section 1331 & 1343 (a) (3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. section 2201 and 2202. Plaintiff claims for injunctive relief are authorized by 28 U.S.C. section 2283 & 2284 and Rule 65 of the federal rule of Civil Procedure.

The middle district of Alabama is the appropriate venue under 28 U.S.C. section 1391 (b) (2) because it is where the events giving rise to this claim occured.

## PLAINTIFF

Plaintiff, Joseph King, is and was at all times mentioned herein a prisoner of the state of Alabama in the custody of Alabama Department of Corrections, plaintiff is currently confined at the _____ Easterling Correctional Facility located at 200 Wallace Drive, Clio Alabama, 36017.

-1-

## DEFENDANTS

Defendant Kim Thomas is the Commissioner of Alabama Department of Corrections. He is legally responsible for the overall operation of the department and each institution under it's jurisdiction, including Limeston correctional Facility where the plaintiff was confined.

Defendant, Dewayne Estes, is the Warden at Limestone Correctional Facility he is legally responsible for the operation of Limestone Correctional Facility and the welfare of all inmates at that prison, each defendant is sued individually and in his official capacity, at all times mentioned in this complaint, each defendant acted under the color of state law.

## FACTS

On December 21, 2012 the Honorable Myron Thompson conclude that ADOC policy on segregation of HIV inmates dis in fact violate the Amercan Disability Act & section 504 of the Rehabilitation Act.

On september 30, 2013 Judge Thompson decided in his opion that HIV class members was not entitled to moneytary damages however Judge Thompson it does not precluded class members from seeking compensation in a future suit. see Henderson -V- Thomas, 2013 U.S. Dist. 140098.

The fact is the objector in this case are permitted to filed or maintain their action for moneytary damages. see Austin -V- Hopper, 28 F. Supp. 2d. 1231.

The ADOC intentionally violated plaintiff confidentiality by disclosing plaintiff HIV status to others, this alone is a violation

-2-

of plaintiff 8th amendment right to the U.S. Constitution, violating
of the ADA, Privacy Act.

The ADOC had a policy to segrgate all HIV inmate which is a violation of plaintiff 8th amendment right to the united states Constitution.

ADOC policy did in fact cause this violation of plaintiff rights.
Plaintiff in this case alledge that the defendants pattern of incident exist that it came from a level of constitution violations and the defendants had actual knowledge of this violation.

HIV segrgation policy on the basic of disability (HIV Status) in violation of title II of the american Disability Act 42 U.S.C. 1201 and rehabilitation act 29 U.S.C. 794.

Plaintiff in this case argure injuries because due to plaintiff HIV status he was ineligibility for transferring to another facility.

Plaintiff challenge the fact that he is barred from the honor dorm kitchen jobs simple because he is HIV positive. It has been long understood that government policy of exclusion and segregation create actual concrete injuries that are redress by the courtds see **Jackson -V-Okaloosa County, 21 F. 3d. 1531 (11th cir. 1994).**

Plaintiff in this case assert under title II of the ADA and rehabilitation act 504 provides that no qualified individual with disability shall by reason of such disability be excluded from participation or be denied the benefits of service, program activities of a public entity. 42 U.S. C. 12132 section 504 provides that no qualified individual with disability be excluded participation in be denied the benefits of subjected to discrimination under any program or activity receiving federal financial assistance

-3-

29 U.S.C. 794 (a) claims under both statutes are governed by the same standard. cash-v-smith, 231 F. 3d. 1301 (11th cir., 2000).

### EXHAUSTION OF LEGAL REMEDIES

The ADOC does not have any grievance procedure.

### LEGAL CLAIMS

Plaintiff realledge and incorporate the above

WHEREFORE, plaintiff respectfully prays that this court enter judgement grant plaintiff;

(A) Compensatory damages in the amount of 75,000.00 against east defendant jointly and severally.

(B) Punitive damages in the amount of 200,000.00 against each defendant.

(C) Jury Trial

(D) Plaintiff Cost in this suit

(E) anything else the court deem just.

6-12-14
Date

X Joseph King
Plaintiff

### VERIFICATION

I have read the forgoing complaint and hereby verify that the complaint is true and correct. I certify under the penalty of perjury the forgoing is true.

6-12-14
Date

X Joseph King
Plaintiff

-4-

Joseph King #281?????
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA 36017

MONTGOMERY AL 360

16 JUN 2014 PM 4 L



USA forever

"This correspondence is forwarded from
an Alabama State Prison. The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

U.S. District Court
Office of the Clerk
P.O. Box 711
Montgomery AL 36101