IN the United States District Court FOR
The middle District OF ALAbama

Joesph King #281940
Plaintiff

VS.

Kim Thomas, et.al.

Case no: 2:14-CV-603

## Motion to dismiss

Comes now, plaintiff, Joseph King, pro-se moves this Honorable Court for a motion to dismiss and shows the following;

(A) plaintiff is unable to pay the initial filing fee.

(B) plaintiff is unable to pay the filing fee of 350.00 until his release of July 10, 2015.

(C) plaintiff request this Honorable Court to dismiss this case at this time and ask no filing fee be Collected.

Plaintiff prays this Honorable Court grants this motion to dismiss as outline in Court Order of June 20, 2014.

Done this 25th day of June 2014.

Joseph King
Plaintiff, pro-se
200 Wallace Drive
Clio, Alabama 36017

Certificate of Service

I certify a copy of this motion have been serve upon all parties involve by placing same in the U.S. mail box at Easterling Correctional Facility postage prepaid.

Done this 25th day of June 2014

Cc: Doc Legal Division

Joseph King
Plaintiff

Joesph King #281940 (E2-03A)
EASTERLING CORRECTIONAL FACILITY
200 WALLACE DRIVE
CLIO, ALABAMA  36017



"This correspondence is forwarded from
an Alabama State Prison.  The contents have
not been evaluated, and the Alabama Department
of Corrections is not responsible for the substance
or content of the enclosed communication."

United States District Court
Office of the Clerk
P.O. Box 711
Montgomery, AL 36101