IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSEPH KING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
| v. ) | 2:14cv603-MHT |
| ) | (WO) |
| KIM TOBIAS THOMAS, ) | |
| individually and in his ) | |
| official capacity, and ) | |
| DEWAYNE ESTES, individually ) | |
| and in his official ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff's motion to dismiss (doc. no. 4) is granted and that this cause is dismissed in its entirety without prejudice, with no costs taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of June, 2014.

                    /s/ Myron H. Thompson
               UNITED STATES DISTRICT JUDGE